

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2019

No. 04-19-00297-CV

**IN THE INTEREST OF J.J.C.B.R., J.E.R., AND J.J.D.R., CHILDREN**,
Appellant

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01636
Honorable Genie Wright, Judge Presiding

## O R D E R

     This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The appellant's brief was originally due to be filed July 8, 2019. On July 8, 2019, appellant filed a motion requesting an extension of time to file her brief. The motion is GRANTED. Appellant's brief must be filed no later than July 25, 2019. Given the time constraints governing the disposition of this appeal, **FURTHER REQUESTS FOR EXTENSIONS OF TIME ARE DISFAVORED.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2019.

_Keith E. Hottle_
Keith E. Hottle,
Clerk of Court